ANTHONY J. INTILE, *ET AL.*, PLAINTIFFS-PETITIONERS, v. NEAL E. TONKS, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Albert L. Cohen* and *Messrs. Levy, Lemken & Margulies* for the petitioners.

*Messrs. Budd, Larner & Kent* for the respondents.

February 10, 1964.   Denied.

ABRAHAM EPSTEIN, PLAINTIFF-RESPONDENT, v. GRAND UNION COMPANY, DEFENDANT-PETITIONER.

*Messrs. Burton, Seidman & Burton* and *Mr. Robert T. Quackenboss* for the petitioner.

*Messrs. Seaman & Williams* for the respondent.

February 10, 1964.   Granted.